\* 5 0 1 7 6 4 6 7 \*

FILED
6/3/2022 12:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L004981
Calendar, C
18152837

STATE OF ILLINOIS }
} SS. Attorney No. 33787
COUNTY OF COOK }

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JACQUELINE NORTON, }
}
    Plaintiff, } No.:
vs. }
}
WAL-MART, INC., a Delaware corporation, }
}
    Defendant. }

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, JACQUELINE NORTON, by and through Plaintiff's attorneys, SHUMAN LEGAL, and complaining of the Defendant, WAL-MART, INC., a Delaware corporation company, states as follows:

1. That on and prior to June 6, 2020, the Defendant, WAL-MART, INC., was a Delaware corporation duly incorporated and licensed and was doing business and operating under the laws of the State of Illinois.

2. That on and prior to June 6, 2020, the Defendant, WALMART, INC., owned, operated and maintained a Wal-Mart Supercenter Store located at 17550 South Halsted Street in the city of Chicago, County of Cook and State of Illinois.

3. That on June 6, 2020, the Plaintiff, JACQUELINE NORTON, was lawfully upon the property of the Wal-Wart Supercenter located at 17550 South Halsted Street in the city of Chicago, County of Cook and State of Illinois.

EXHIBIT B

4.  That at said time and place, the Defendant allowed water to accumulate on the floors and walkways of the subject premises.

5.  That as a result, the Plaintiff, JACQUELINE NORTON, slipped on the wet floor and was injured.

6.  At all times relevant, it was the duty of the defendant, WAL-MART, INC., to exercise reasonable care and caution in and about the management of the subject premises, and to keep the same in a reasonably safe condition for the Plaintiff and other persons similarly situated and not to permit store's floors and walkways to become and remain in an unsafe condition upon the subject premises.

7.  That the Defendant was then and there guilty of one or more of the following acts and/or omissions:

    a.  Permitted the floors and walkways of the subject premises to become and remain in an irregular and unsafe condition for all of those utilizing said floors and walkways;

    b.  Improperly operated, managed, maintained and controlled the subject premises;

    c.  Failed to provide and maintain a reasonably safe area for the plaintiff to walk though as Plaintiff was proceeding through the subject premises;

    d.  Failed to provide adequate warnings to prevent the Plaintiff from being injured while lawfully upon the subject premises, and while Plaintiff was walking upon the unsafe condition of the floor and area in question, when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff;

    e.  Failed to inspect and/or maintain the floor and walkways in question for unsafe conditions, when the Defendant knew or in the exercise of reasonable care should have known that said inspection and maintenance was necessary to prevent injury to the Plaintiff;

    f.  Allowed the construction of floor surfaces that become unreasonably and dangerously slippery when moist;

      g. Failed to warn the Plaintiff of the dangerous and defective condition of the floors and walkways of the subject premises and exit area in question; when the Defendant knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to the Plaintiff; and/or,

      h. Was otherwise careless and negligent in and about the operation, management and maintenance of the subject premises;

8. That as a direct and proximate result of the aforesaid negligence of the defendant, WAL-MART, INC., the plaintiff, JACQUELINE NORTON, sustained serious and permanent injuries to her person, has suffered and will continue to suffer great pain, distress and physical impairment, was rendered sick, sore, lame and disordered, and was forced to expend and will continue to expend large sums of money for medical care and attention, and has been kept from attending to her ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE NORTON, prays for judgment against the Defendant, WAL-MART, INC., for a sum in excess of $50,000 plus costs of this lawsuit.

Respectfully submitted,

SHUMAN LEGAL

_____
Attorney for Plaintiff

**SHUMAN LEGAL.**
In Your Favor.™
Attorneys for the Plaintiff
105 West Adams Street, 28th Floor
Chicago, Illinois 60603
(312) 422-0700
(312) 422-0767 (Fax)
courtnotices@shumanlegal.com
Attorney No. 33787

**PURSUANT TO ILLINOIS SUPREME COURT RULE 11, EMAIL SERVICE WILL BE ACCEPTED AT COURTNOTICES@SHUMANLEGAL.COM**

3